UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anna Giabourani,

            Plaintiff,

—v—

The City School District of the City of New York,

           Defendants.

19-CV-11584 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference on Plaintiff's request for an order to show cause and temporary restraining order is hereby scheduled for December 20, 2019 at 2 p.m in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In advance of the conference, the parties must meet and confer on a proposed schedule for briefing and as to whether there is consent to some or all of the requested temporary restraining order. Plaintiff is hereby ordered to serve a copy of this Order on Defendant.

    SO ORDERED.

Dated: December 18, 2019
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge