USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Anna Giabourani,

              Plaintiff,

–v–

The City School District of the City of New York,

              Defendants.

19-CV-11584 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The parties are hereby ordered to provide a joint status update no later than one week from the date of this order.

    SO ORDERED.

Dated: June 25, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge